# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 12-1082

_____

United States of America,          *
                                   *
                Appellee,          *
                                   *   Appeal from the United States
     v.                          *   District Court for the
                                   *   Southern District of Iowa.
Samuel Acosta,                     *
                                   *   [UNPUBLISHED]
                Appellant.         *

_____

Submitted: June 12, 2012
Filed: June 9, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Samuel Acosta appeals the district court's[1] denial of his motion under Federal Rule of Criminal Procedure 41(g) for return of personal property. Upon careful review of the relevant record, we conclude that the district court did not err by denying the motion or failing to hold an evidentiary hearing. See Jackson v. United States, 526 F.3d 394, 396 (8th Cir. 2008). Accordingly, we affirm. See 8th Cir. R. 47B. We also grant appellee's motion to strike a portion of Acosta's reply brief. See FTC v. Neiswonger, 580 F.3d 769, 775 (8th Cir. 2009).

_____

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.